1  KATHRYN KENEALLY
   Assistant Attorney General

2

3  MICHAEL G. PITMAN
   Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C. 20044-0683
   Telephone: (202) 305-7938
6  Facsimile:  (202) 307-0054
   Michael.G.Pitman@usdoj.gov
7  *Attorneys for the United States*

8  BENJAMIN B. WAGNER
   United States Attorney
9  *Of Counsel*

10

11              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
12

13  United States of America,            Civil No. 1:12−cv−00052−AWI−SMS

        Plaintiff,
14                                        **ORDER GRANTING MOTION TO
            v.                            EXTEND TIME FOR SERVICE**
15                                        (DOC. 7)
    Leroy D. Combs,
16                                        **ORDER CONTINUING
        Defendant.                        MANDATORY SCHEDULING
17                                        CONFERENCE**
                                           (DOC. 6)
18

19       Upon motion of Plaintiff, United States of America, and for good cause shown, it

20  is hereby ORDERED that:

21       1. Pursuant to Fed. R. Civ. P. 4(m), the deadline for service of the United States

22          of America's Summons and Complaint upon Defendant,

Leroy D. Combs, by either personal service or service by publication, is extended approximately 120 days, from 5/10/12 to and through 9/7/12.

2. The Mandatory Scheduling Conference is therefore continued from 5/29/12 at 9:30 a.m. (PST) before Judge Snyder to 10/10/12 at 9:30 a.m. (PST) before Judge Snyder, for which a Joint Scheduling Report (Doc. 3) shall be due by 10/3/12 ~ if applicable.

IT IS SO ORDERED.

Dated:   **April 24, 2012**              /s/ Sandra M. Snyder
                                                                             UNITED STATES MAGISTRATE JUDGE