```
1  KATHRYN KENEALLY
   Assistant Attorney General
2
   MICHAEL G. PITMAN
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C.  20044-0683
   Telephone: (202) 305-7938
6  Facsimile:  (202) 307-0054
   Michael.G.Pitman@usdoj.gov
7  Attorneys for the United States

8  BENJAMIN B. WAGNER
   United States Attorney
9  Of Counsel
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| United States of America, | Civil No. 1:12−cv−00052−AWI−SMS |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE** (DOC. 7) |
| v. | |
| Leroy D. Combs, | |
| Defendant. | **ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** (DOC. 6) |

Upon motion of Plaintiff, United States of America, and for good cause shown, it is hereby ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(m), the deadline for service of the United States of America's Summons and Complaint upon Defendant,

1  Leroy D. Combs, by either personal service or service by publication, is
2  extended approximately 120 days, from 5/10/12 to and through 9/7/12.
3  2. The Mandatory Scheduling Conference is therefore continued from 5/29/12
4  at 9:30 a.m. (PST) before Judge Snyder to 10/10/12 at 9:30 a.m. (PST) before
5  Judge Snyder, for which a Joint Scheduling Report (Doc. 3) shall be due by
6  10/3/12 ~ if applicable.

IT IS SO ORDERED.

Dated:   **April 24, 2012**          **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE