UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>LEROY COMBS,<br><br>                    Defendant.<br>_____/ | CASE NO. 1:12-cv-00052-AWI-SMS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING GRANTING OF THE GOVERNMENT'S MOTION FOR DEFAULT JUDGMENT**<br><br>(Doc. 19) |

   Plaintiff United States of America ("Government") seeks to reduce to judgment certain federal tax assessments against Defendant Leroy Combs. On October 30, 2012, the Magistrate Judge filed Findings and Recommendations recommending that the Government's Motion for Default Judgment Be granted (Doc. 19). The Findings and Recommendations were served on the Defendant and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days. No party has filed objections to the Findings and Recommendations.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has reviewed this case *de novo*. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper legal analysis.

   Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed October 30, 2012, are adopted in full, and the Government's motion for default judgment be granted. The Government is directed to submit a form of judgment within fourteen (14) days of this order.

IT IS SO ORDERED.

Dated:   December 5, 2012

                                                                UNITED STATES DISTRICT JUDGE

1