KATHRYN KENEALLY
Assistant Attorney General

AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 683
Ben Franklin Station
Washington DC 20044-0683
(202) 616-3164
Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

## IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA
**Fresno Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LEROY D. COMBS,<br><br>    Defendant. | **Case No. 1:12-CV-0052-AWI-SMS**<br><br>**JUDGMENT** |

Judgment is hereby entered against Defendant Leroy Combs in favor of the United States of America in the amount of $1,341,145.30, plus all penalties and interest accruing after September 30, 2012 pursuant to 26 U.S.C. §§ 6601, 6621, & 6622, and 28 U.S.C. § 1961(c) until paid.

IT IS SO ORDERED.

Dated:     December 11, 2012

_____
UNITED STATES DISTRICT JUDGE